AJAX ELECTRIC MOTOR CORP., Respondent, v. HEAT AND POWER CO., INC., Appellant.— Order reversed as a matter of discretion, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that the denial of the motion was an improvident exercise of discretion. All concur. (Appeal from an order denying defendant's motion for permission to serve an amended answer, in an action for rescission of contract.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

GERTRUDE McGUIRE, as Administratrix of the Estate of THOMAS McGUIRE, Deceased, Respondent, v. BALTIMORE AND OHIO RAILROAD COMPANY, Appellant. — Order entered changing date of filing of decision from January 6, 1954, to October 29, 1953, and directing entry of the order herein *nunc pro tunc* as of October 29, 1953, and directing the County Clerk of Cattaraugus County to enter judgment thereon as of October 29, 1953, and substituting the First National Bank of Olean, N. Y., as administrator etc., of Thomas McGuire, deceased. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.